UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FILED
2020 AUG -5 PM 12: 43
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 5:20-cr-56-Oc-28PRL
21 U.S.C. § 841(a)(1)

JEFFREY T. WRIGHT, a/k/a "Jake"
CHRIS LEE LOVE, a/k/a "Bear"

SEALED

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about December 26, 2017, in the Middle District of Florida, and elsewhere, the defendants,

JEFFREY T. WRIGHT, a/k/a "Jake"
and
CHRIS LEE LOVE, a/k/a "Bear"

did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which violation involved 50 grams or more of methamphetamine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(A).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A), and 18 U.S.C. § 2.

## COUNT TWO

On or about January 11, 2018, in the Middle District of Florida, and elsewhere, the defendants,

JEFFREY T. WRIGHT, a/k/a "Jake"
and
CHRIS LEE LOVE, a/k/a "Bear"

did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which violation involved 50 grams or more of methamphetamine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(A).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A), and 18 U.S.C. § 2.

## FORFEITURE

1. The allegations contained in Count One and Count Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit,

or to facilitate the commission of, such violation.

    3.    If any of the property described above, as a result of any acts or omissions of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Michael P. Felicetta
Assistant United States Attorney

By: _____
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

3

FORM OBD-34
August 20

No. 19-2-133

# UNITED STATES DISTRICT COURT
Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

JEFFREY T. WRIGHT, a/k/a "Jake"
CHRIS LEE LOVE, a/k/a "Bear"

## INDICTMENT

Violations:   21 U.S.C. § 841(a)(1)

A true bill,

_____
Foreperson

Filed in open court this __5th__ day

of August, 2020.

_____
Clerk

Bail $_____

GPO 863 525